UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ALVINO FOUNTAIN,

Defendant.

10 Cr. 475 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an initial appearance and arraignment on March 24, 2021, at 3:00 p.m.  The conference shall take place by video and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated:      March 18, 2021
            New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge