LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
_____

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

VIA ECF and EMAIL

May 20, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      Re: <u>United States v. Alvino Fountain</u>
           10-CR-475 (KPF)

Dear Judge Failla:

      I submit this status letter regarding the second hearing for my client Alvino Fountain's violation of supervised release ("VOSR"). This hearing is now scheduled for Tuesday May 25, 2021. I assume it would be a remote proceeding under the provisions of the CARES Act, like the first hearing on March 24, 2021. Mr. Fountain remains in custody at the Westchester County jail.

      The incident, arrest, and new charges which triggered this VOSR, 21 Mag 1435, is pending in the SDNY White Plains courthouse, and my understanding is that case will not be resolved in the next week.

      In most cases, District Court judges allow the VOSR to trail the underlying case, because the defendant would be disadvantaged by an admission in the VOSR prior to the resolution of the underlying case.

      Your Honor may wish to proceed with the hearing on May 25, 2021, or adjourn it for a set period of time, like 30 days, to allow for some movement on the White Plains case.

My request is for a 30 day adjournment. A.U.S.A. Derek Wikstrom has no objection to that request.

Very truly yours,

AVROM ROBIN

C: A.U.S.A. Derek Wikstrom (via ECF and email)

```
Application GRANTED.  The conference scheduled for May 25, 2021, is
hereby ADJOURNED to July 6, 2021, at 11:30 a.m.  The Court will
confirm the date and time of the conference the week prior to the
conference.  The conference shall take place by videoconference, with
instructions for accessing the conference to be distributed in
advance.

Dated:    May 20, 2021              SO ORDERED.
          New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```