UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :        **SCHEDULING ORDER**
v.                                           :
                                             :          10 CR 475 (VB)
ALVINO FOUNTAIN,                             :
                        Defendant.           :
----------------------------------------------------x

      The pending violation of supervised release in the above-captioned case having been

reassigned to the undersigned, the next conference in this case is scheduled for November 9,

2021, at 10:00 a.m., which is the same date and time as the next scheduled court appearance in

United States v. Alvino Fountain, 21 CR 421 (VB).

Dated:  August 20, 2021
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge