UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ALVINO FOUNTAIN,
                             Defendant.
------------------------------------------------------x

**ORDER**

S1 21 CR 421 (VB)
10 CR 475 (VB)

      On November 9, 2021, defendant waived indictment and pleaded guilty to Count One of a superseding information filed on that date in case no. S1 21 CR 421 (the "S1 Information"). Sentencing is scheduled for February 11, 2022, at 2:30 p.m.

      On November 17, 2021, the Probation Department submitted an amended violation of supervised release report in case no. 10 CR 475. As set forth in the parties' plea agreement dated November 3, 2021, defendant is expected to admit to Specification 1 of the amended violation report, which is based on the conduct set forth in Count Two of the S1 Information.

      Accordingly, it is hereby ORDERED:

1. On the sentencing date in case no. S1 21 CR 421, the Court will accept defendant's admission to Specification 1 of the amended violation report and will also impose sentence for the violation of supervised release.

2. With respect to both the guilty plea and the violation of supervised release, defendant's sentencing submission shall be filed by January 28, 2022, and the government's sentencing submission shall be filed by February 4, 2022.

Dated: November 17, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge